UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN GARRETT, | No. 2:16-cv-1336 AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, et al., | |
| Defendants. | |

Plaintiff has filed a demand for a settlement conference (ECF No. 18) and a motion to compel discovery responses (ECF No. 19) contemporaneously with the submission of the documents required to effect service. Because service of the complaint has not yet occurred, both the demand for a settlement conference and the motion to compel discovery responses are premature.

IT IS HEREBY ORDERED that plaintiff's demand for a settlement conference (ECF No. 18) and motion to compel discovery responses (ECF No. 19) are denied as premature.

DATED: October 19, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE