UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN GARRETT,<br><br>Plaintiff,<br><br>v.<br><br>JEFF MACOMBER, et al.,<br><br>Defendants. | No. 2:16-cv-1336 KJM AC P<br><br><br><br>ORDER |

Plaintiff has filed several motions seeking orders to compel discovery, issue sanctions, and enter default and default judgment. ECF Nos. 25, 28, 29, 31. For the reasons set forth below, the motions will be denied.

Plaintiff seeks sanctions and the entry of default and default judgment on the ground that defendants failed to timely answer the complaint. ECF Nos. 25, 29, 31. Defendants Baker and Masterson both waived service of process. ECF No. 27. Accordingly, they had sixty days from November 13, 2018, to respond to the complaint. Id.; Fed. R. Civ. P. 4(d)(3) (defendants waiving service have sixty days from the date the waiver was sent to answer the complaint). Defendants filed their answer on January 11, 2019 (ECF No. 30), and therefore timely responded to the complaint. Plaintiff's motions for sanctions and entry of default and default judgment will therefore be denied.

////

1

Plaintiff also seeks to compel responses to discovery. ECF No. 28. However, a discovery and scheduling order has yet to issue and discovery is currently stayed. ECF No. 32. Defendants are therefore under no obligation to respond to discovery requests at this time and the motion will be denied. In the event the settlement conference is unsuccessful, a discovery and scheduling order will issue.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions seeking orders to compel discovery, issue sanctions, and enter default and default judgment (ECF Nos. 25, 28, 29, 31) are denied.

DATED: January 16, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE