UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN GARRETT,<br><br>Plaintiff,<br><br>v.<br><br>JEFF MACOMBER, et al.,<br><br>Defendants. | No. 2:16-cv-1336 KJM AC P<br><br><br><br>ORDER |

This case is set for a settlement conference on April 24, 2019, before Magistrate Judge Newman. ECF No. 40. In response to the original order setting this case for a settlement conference and directing the parties to submit settlement conference statements, plaintiff has requested a copy of Local Rule 270 and that he be allowed to provide his statement by some method other than email. The court notes that while the order directing settlement conference statements does provide that plaintiff can mail in his statement, it does not provide instructions for doing so. ECF No.37.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for copies and an alternate method of providing his settlement conference statement (ECF No. 39) is granted.

2. The Clerk of the Court is directed to provide plaintiff with a copy of Local Rule 270.

////

1

3. Plaintiff shall mail his non-confidential settlement statement to arrive not less than seven days prior to the settlement conference, addressed to Magistrate Judge Kendall J. Newman, USDC CAED, 501 I Street, Suite 4-200, Sacramento, CA 95814. The envelope shall be marked "Settlement Statement."

DATED: February 26, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE