# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ALLEN GARRETT,

       Plaintiff,

vs.

JEFF MACOMBER, et al.,

       Defendants.

No. 2:16-cv-1336 KJM AC P

**AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

William Allen Garrett, inmate AM-6925, a necessary and material participant in a settlement conference in this case on April 24, 2019, is confined in California Men's Colony, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by video-conferencing at California Men's Colony, April 24, 2019, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of the settlement conference or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at California Men's Colony, (805) 547-7791; and

4. Counsel for defendant, the assigned Deputy Attorney General, shall confirm with the prison no less than two days prior to the settlement conference that the prison's video-conference equipment will connect to the court's system. Any difficulties shall immediately be reported to Alexandra Waldrop, Courtroom Deputy, at (916) 930-4187.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden, California Men's Colony, P.O. Box 8101, San Luis Obispo, California, 93409-8101:**

**WE COMMAND** you to produce the inmate named above to participate in a settlement conference before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 26, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE