UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN GARRETT,<br><br>Plaintiff,<br><br>v.<br><br>JEFF MACOMBER, et al.,<br><br>Defendants. | No. 2:16-cv-1336 KJM AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed January 16, 2019, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days. ECF No. 32. That order provided defendants the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources. Id. at 2. Defendants now request to opt out of the Post-Screening ADR Project and vacate the settlement conference and stay. ECF No. 44. Having reviewed the request, the court finds good cause to grant it.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the Post-Screening ADR Project (ECF No. 44) is GRANTED.

2. The stay of this action, commencing January 16, 2019 (ECF No. 32), is LIFTED.

1

1       3. The April 24, 2019 settlement conference before Magistrate Judge Kendall Newman is VACATED.

2.       4. The writ of habeas corpus ad testificandum directing the Warden to produce plaintiff by video conference (ECF No. 42) is VACATED.

3.       5. The Clerk of the Court is directed to serve a copy of this order by fax on the Litigation Coordinator at California Men's Colony, (805) 547-7791.

4.       6. By separate order, the court will set a discovery and motion schedule for this case.

IT IS SO ORDERED.

DATED: April 5, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE