UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN GARRETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFF MACOMBER, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-1336 KJM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a "motion for court ordered copies and law library access." ECF No. 104. In his motion, plaintiff alleges that court orders are necessary to ensure that he receives timely legal copies and physical access to the law library. However, plaintiff has not alleged what he requires copies for or explained why he must have physical access to the law library. Nor has he demonstrated that an extension of time to complete whatever task he is working on would be insufficient address the delays he is facing. Plaintiff therefore has not demonstrated that his right of access to the courts is being impaired.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a court order, ECF No. 104, is denied.

DATED: December 11, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE