| | |
|---|---|
| WILLIAM ALLEN GARRETT, | No. 2:16-cv-1336 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed November 26, 2019, the undersigned partially granted plaintiff's motion to compel and ordered defendants to provide supplemental responses to Requests for Production 1 and 2. ECF No. 103 at 15. The court also vacated defendants' motion for summary judgment pending completion of the ordered discovery. Id. at 16.

In the event defendants' supplemental response to Request for Production 2 included the name of a custodian of record, defendants were to notify the court so that plaintiff could be allowed time to request service of a subpoena duces tecum on the custodian of record. Id. Since no such notification has been made, discovery is now complete and a deadline will be set for defendants to resubmit their motion for summary judgment.

////

////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the service of this order, defendants may re-file and re-serve their motion for summary judgment.

DATED: December 30, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE