UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| WILLIAM ALLEN GARRETT, | No. 2:16-cv-1336 KJM AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed November 26, 2019, the undersigned granted in part plaintiff's motion to compel and ordered defendants to provide supplemental responses to Requests for Production 1 and 2. ECF No. 103 at 15. With respect to Request for Production 2, defendants were "required to clarify whether the absence of documents concerning adverse action taken against them by the CDCR is because no such documents exist or because the documents exist but are not in defendants' possession, custody, or control." Id. at 6. If responsive documents existed but were not in defendants' possession, custody, or control, they were directed to identify the appropriate custodian of record. Id. In the event defendants' supplemental response included the name of a custodian of record, defendants were to notify the court so that plaintiff could be allowed time to request service of a subpoena duces tecum on the custodian of record. Id. After the time for providing such notification passed without any notice from defendants, discovery

1

closed and a deadline was set for defendants to resubmit their motion for summary judgment. ECF No. 108. Plaintiff has now filed two copies of a subpoena duces tecum addressed to litigation coordinator H. Cervantez that seeks copies of the documents at issue in Request for Production 2. ECF No. 110.

The court construes the filing of the subpoena as a request for service by the United States Marshals and the request will be denied. Since defendants did not advise the court that plaintiff had been provided with the identity of a custodian of record, it appears that their supplemental response was that responsive documents do not exist, and plaintiff has not provided any documentation demonstrating otherwise. Moreover, the subpoena states that good cause for the production of the requested documents exists because defendants' response to his request was not plausible, further indicating that they responded that no such documents existed. Since it does not appear that serving the subpoena will yield additional responsive documents and discovery has already closed, the request to have the United States Marshals serve the subpoena duces tecum will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for service by the United States Marshals, ECF No. 110, is denied.

DATED: January 14, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE