UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN GARRETT, <br><br> Plaintiff, <br><br> v. <br><br> JEFF MACOMBER, et al., <br><br> Defendants. | No. 2:16-cv-1336 KJM AC P <br><br><br> ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Currently pending before the court are defendants' motion to strike, ECF No. 115, and plaintiff's motion for emergency injunctive relief, ECF No. 116.

I.     Procedural History

On October 25, 2019, defendants filed a motion for summary judgment. ECF No. 93. The motion was later vacated on November 26, 2019, "[b]ecause the deadline for filing dispositive motions was not extended to allow for the resolution of [an] outstanding discovery matter, and the court . . . ordered the disclosure of additional documents and the supplementation of responses that plaintiff may wish to utilize in opposition to defendants' motion for summary judgment." ECF No. 103 at 15. After the discovery matter was resolved, defendants were given an opportunity to re-file and re-serve their motion for summary judgment, ECF No. 108, and did so on January 13, 2020. ECF No. 112.

1

II. Defendants' Motion to Strike

On January 9, 2020, plaintiff filed objections to defendants' originally filed motion for summary judgment, ECF No. 109, which defendants have moved to strike, ECF No. 115. As defendants' point out, plaintiff's objections constitute an unauthorized sur-reply and the originally filed motion for summary judgment was vacated well in advance of plaintiff's objections. For these reasons, the motion to strike will be granted. Plaintiff is free to raise the arguments from his objections as part of his opposition to defendants' re-filed motion for summary judgment.

III. Plaintiff's Motion for Emergency Injunctive Relief

Plaintiff has filed a motion for emergency injunctive relief in which he states that he has an opposition to defendants' motion to strike prepared, but that he is in the prison's mental health program and that the prison "does not allow prisoner[s] in this program access to the law library or any form of timely access to obtain legal copies to the court." ECF No. 116 at 1. He requests that the court order the prison to provide him with copies and law library access. Id. at 3. Because the motion to strike is being granted without prejudice to plaintiff re-raising his objections in response to the re-filed motion for summary judgment, the motion for injunctive relief is moot and will be denied as such. However, in light of plaintiff's assertions that he is having difficulty accessing the law library and obtaining timely copies, the court will extend the time to file an opposition to defendants' motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to strike, ECF No. 115, is granted.

2. Plaintiff's motion for emergency injunctive relief, ECF No. 116, is denied as moot.

3. Within thirty days of service of this order, plaintiff shall file a response to defendants' motion for summary judgment. Failure to file a response will result in a recommendation that this action be dismissed for failure to prosecute.

DATED: February 6, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE