1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM ALLEN GARRETT,                    No.  2:16-cv-1336 KJM AC P

12                   Plaintiff,

13        v.                                   ORDER

14   JEFF MACOMBER, et al.,

15                   Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18   U.S.C. § 1983.  Currently pending before the court are plaintiff's request for a court order and

19   appointment of counsel, ECF No. 118, and motion for an extension of time, ECF No. 121.

20        After the undersigned denied plaintiff's previous motions for appointment of counsel and

21   the issuance of a court order requiring legal copies and law library access, ECF Nos. 103, 106, he

22   filed objections to those orders, ECF Nos. 105, 107.  The assigned district judge has since

23   overruled plaintiff's objections and affirmed the orders.  ECF No. 114.

24        Plaintiff now moves again for appointment of counsel and an order directing the prison to

25   provide him timely copies and physical access to the law library.  ECF No. 118.  Plaintiff states

26   that he opposes the order denying his previous requests.  Id. at 1.  Plaintiff has already raised his

27   objections to the denials and had those objections considered by the assigned District Judge.  The

28   current motion does not raise any additional facts and plaintiff may not continue objecting to and

1

seeking reconsideration of the denial of the same orders. To the extent plaintiff is making

renewed requests, they are denied for the same reasons his previous motions were denied. See

ECF Nos. 103, 106. Furthermore, the request for an order directing the prison to provide copies

and law library access appears to be moot since plaintiff has since filed his opposition to

defendants' motion for summary judgment. ECF No. 120.

Plaintiff has also filed a motion for a thirty-day extension of time to file his opposition to

defendants' motion for summary judgment. ECF No. 121. Plaintiff's opposition was received by

the court on February 20, 2020, and the motion will therefore be denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion for appointment of counsel and a court order, ECF No. 118, is

DENIED.

2. Plaintiff's motion for an extension of time, ECF No. 121, is DENIED as moot.

DATED: February 25, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE