UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN GARRETT, | No. 2:16-cv-1336 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 26, 2020, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 129. Plaintiff has filed objections to the findings and recommendations. ECF Nos. 131, 132.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. The court writes separately to make two observations that do not alter its decision to adopt the findings and recommendations.

1

First, the language of the findings and recommendations might be at points misinterpreted as suggesting it was plaintiff's burden to prove his claims, for example by showing there was "no penological need" motivating the denial of his witness request. *See* F&Rs at 12. To eliminate any uncertainty, the court confirms summary judgment is granted because plaintiff has not carried his burden in opposition to defendants' motion under Rule 56 and the Supreme Court's decisions interpreting that rule. *See, e.g.*, *Celotex Corp. v. Catrett*, 477 U.S. 317, 322–23 (1986).

Second, the court notes it has relied on *City of Cleburne v. Cleburne Living Center*, 473 U.S. 432, 442–43 (1985), in adopting the conclusion expressed in the second to last sentence of section IV.A.ii of the findings and recommendations, in addition to *Mayner v. Callahan*, 873 F.2d 1300, 1302 (9th Cir. 1989).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 26, 2020, are adopted in full;

2. Defendant's motion for summary judgment, (ECF No. 111), is **granted**; and

3. The Clerk of the Court shall enter judgment for the defendants and close the case.

DATED: September 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE